Núm. 7719.—THE SHELL CO. (P. R.) LTD., aplda. v. COLÓN ET AL., apltes.—C. D. Aguadilla. ▮▮▮▮▮▮▮▮▮▮ Mayo 31, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, se ha solicitado la desestimación de este recurso de apelación por razón de frivolidad;

POR CUANTO, la acción de que se trata fué una en cobro de dinero para hacer efectivo el remanente de un crédito hipotecario, constituído allá en 9 de mayo de 1932, en forma de venta con pacto de retracto, a favor de la apelada, habiendo los esposos apelantes renunciado expresamente en la escritura a todo derecho de hogar seguro (*homestead*);

POR CUANTO, la contestación presentada en la corte inferior admitía todos y cada uno de los hechos alegados en la demanda, limitándose a levantar como defensa especial el tener constituído su hogar seguro sobre la finca objeto de la escritura y del litigio;

POR CUANTO, en vista de que dicha defensa era claramente frívola, ya que la renuncia del derecho de hogar seguro fué hecha con anterioridad a la Ley núm. 87 de 1936, pág. 461, la corte inferior eliminó tal alegación concediéndole término a los demandados para radicar nueva contestación, lo que nunca hicieron;

POR CUANTO, después de anotada la rebeldía a favor de la demandante y de celebrada una vista para probar los extremos de la demanda, se dictó sentencia a favor de dicha demandante;

POR CUANTO, los demandados apelantes descansan, por vía de oposición a la desestimación solicitada, en las supuestas cuestiones meritorias levantadas en su alegato;

POR CUANTO, examinado el señalamiento de errores nos encontramos con que la única defensa sobre los méritos la constituye una vez más el referido y renunciado derecho de hogar seguro, basada en argumentos enteramente insostenibles;

POR CUANTO, las otras cuestiones allí discutidas o no constituyeron error o no son suficientemente meritorias;

POR TANTO, se declara con lugar la moción de la apelada y se desestima la apelación por frívola.